UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-60798-CIV-SINGHAL/STRAUSS

LYDIA PODLISH,

    Plaintiff,

vs.

1800 PACK RAT et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** has come before the Court upon the magistrate judge's Report and Recommendation (DE [13]). The magistrate judge issued a Report and Recommendation (DE [13]) on June 3, 2025, recommending that the Complaint be dismissed for lack of jurisdiction. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that the magistrate judge's Report and Recommendation (DE [25]) is **AFFIRMED** and **ADOPTED**. This action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of July 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF